**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HERMAN M BOUDREAUX,** *Plaintiff,* | § § § | |
| **v.** | § | **CIVIL ACTION 4:25-cv-00636** |
| **WALMART INC. AND WAL-MART STORES TEXAS, LLC** *Defendants.* | § § § § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed May 16, 2025;
2. Service Request Letter, filed May 16, 2025;
3. Citation Issued on Walmart Inc, filed May 16, 2025;
4. Citation Issued on Wal-Mart Stores Texas, LLC, filed May 19, 2025;
5. Return of Service from Walmart Inc., filed May 21, 2025;
6. Citation Return Executed by Walmart Inc, filed May 21, 2025;
7. Return of Service from Wal-Mart Stores Texas, LLC, filed May 21, 2025;
8. Citation Return Executed by Wal-Mart Stores Texas, LLC, filed May 21, 2025;
9. Walmart Inc. & Wal-Mart Stores Texas, LLC's Original Answer, filed June 16, 2025.

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**FRANKIE D. PICONE**
Texas Bar No. 24126430
fpicone@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR WALMART**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 20th day of June 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**DAVID A. JOHNSON**